UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

S̲HANTA M̲ERRELL, ET AL.,

   *Plaintiff*s,

v.                                                        N̲O. 3:23-CV-00461-TJC-PDB

V̲YSTAR C̲REDIT U̲NION,

   *Defendant*s.

---

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the above-captioned case:

☒     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Heather Washington v. VyStar Credit Union*, **Case No. 2019-CA-4951, Div. CF-F (Fla. Cir. Ct.)**
On July 11, 2019, Plaintiff Heather Washington filed a putative class action alleging that VyStar Credit Union breached its Membership Agreement by assessing non-sufficient funds fees on ACH and check transactions that are presented for payment against insufficient funds after previously being rejected—so-called "Retry" fees. Plaintiff Washington's Complaint brings a single cause of action for breach of contract on behalf of herself and all Florida citizens that are VyStar accountholders who were assessed the challenged fees. The Court denied VyStar's Motion to Dismiss the Complaint on February 1, 2022. Discovery, including expert discovery, is ongoing.

*Heather Washington v. VyStar Credit Union*, **Case No. 2022-CA-3559, Div. CV-G (Fla. Cir. Ct.)**
On June 21, 2022, Plaintiff Heather Washington filed a putative class action complaint alleging that VyStar Credit Union breached its

Membership Agreement by assessing overdraft fees on debit card payment transactions that were authorized with a sufficient account balance but later were paid against insufficient balance—so-called "Authorized Positive, Purportedly Settled Negative" or "APPSN" transactions. Plaintiff Washington also alleges that VyStar breached its Fee Schedule by assessing fees on transactions rejected for insufficient account balance when the name of fees appearing on Plaintiff's account statement were not specifically listed on the Fee Schedule. Plaintiff Washington's Amended Complaint, filed July 12, 2022, brings these two claims for breach of contract on behalf of herself and all Florida citizens that are VyStar accountholders who were assessed the challenged fees. VyStar filed a Motion to Dismiss the Amended Complaint on August 17, 2022; the Motion to Dismiss is pending and no hearing date has been set yet.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,

Dated: June 26, 2023                    /s/ *Stuart M. Richter*

| | |
|---|---|
| Jason R. Bowyer | Stuart M. Richter (*pro hac vice*) |
| FL Bar No. 0693731 | **KATTEN MUCHIN ROSENMAN LLP** |
| jbowyer@mcguirewoods.com | 2029 Century Park East, Suite 2600 |
| Sara F. Holladay | Los Angeles, CA 90067-3012 |
| FL Bar No. 0026225 | Tel: (310) 788-4400 |
| sholladay@mcguirewoods.com | Fax: (310) 788-4471 |
| fladmin@mcguirewoods.com | stuart.richter@katten.com |
| flservice@mcguirewoods.com | |
| **MCGUIREWOODS LLP** | Eric T. Werlinger (*pro hac vice forthcoming*) |
| 50 N. Laura Street, Suite 3300 | **KATTEN MUCHIN ROSENMAN LLP** |
| Jacksonville, Florida 32202 | 2900 K Street NW |
| Tel: (904) 798-3200 | Washington, DC 20007-5118 |
| Fax: (904) 798-3207 | Tel: (202) 625-3553 |
| | Fax: (202) 298-7570 |
| | eric.werlinger@katten.com |

*Attorneys for Defendant VyStar Credit Union*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 26, 2023, which will cause a notice of electronic filing to be served on all counsel of record.

<i>/s/ Stuart M. Richter</i>